# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-CR-10400-JLT |
| ) | |
| JIE LING CHO ) | |

## WAIVER OF INDICTMENT

I, **JIE LING CHO**, the above-named defendant, who is accused of knowingly and willfulling making a materially false statement in a matter within the executive branch of the United States government, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on February 19, 2004 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Jie Ling Cho

_____
Jeffrey A. Denner

Before: _____
Joseph L. Tauro
U.S. District Judge

