UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 03-10400-JLT |
| | ) | |
| | ) | |
| | ) | |
| JIE LING CHO | ) | |

## JOINT MOTION TO CONTINUE SENTENCING DATE

The parties hereby jointly move: (1) to continue the date of the sentencing of defendant Jie Ling Cho from Thursday, August 5, 2004 to any day during the week of October 18, 2004. As grounds therefore, the parties state as follows:

1. The defendant pleaded guilty to a one count Information in this case pursuant to a plea agreement that affords him the opportunity to cooperate with the government.

2. Defendant's cooperation in this case might include testimony at the trial or sentencing of Kam Wai Chui, who was charged in a separate Indictment currently pending in this district <u>United States v. Kam Wai Chu</u>, Cr. No. 03-CR-10396-NG.

3. Mr. Chui's sentencing is scheduled for September 23, 2004. It is unknown whether Mr. Chui contests certain conduct which may affect his sentence, in which case the government might be required to offer substantial evidence at his sentencing, including the testimony of Mrs. Cho.

4. The U.S. Attorney's Office will not be in a position to evaluate whether and to what extent to recommend a downward departure pursuant to U.S.S.G. § 5K1.1 until the defendant has testified.

6. Accordingly, the parties respectfully request that the Court continue the sentencing in this case until the week of October 18 or a date thereafter convenient to the Court so that the government will be in a position to evaluate Defendant's cooperation prior to his sentencing.

                                  Respectfully submitted
                                  MICHAEL L SULLIVAN
                                  United States Attorney

By: _____
      JONATHAN F. MITCHELL
      Assistant U.S. Attorney

DATED: July 26, 2004            _____
                                       Francisco Fernandez Esq
                                       Jeffrey Denner Esq
                                       Attorney for Defendant
                                       Denner O'Malley LLP.
                                       Four Longfellow Place, 35th Floor
                                       Boston, MA  02114
                                       617-227-2800

## CERTIFICATE OF SERVICE

I, Frank Fernandez, do hereby certify that on this 26 day of July, 2004 a true copy of the foregoing Joint Motion to Continue Sentencing Date was served e-mail upon counsel for the government, Jonathon F. Mitchell, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210, as well as United States Probation Officer, Jesse Gomes.

                                         _____
                                         Frank Fernandez