# United States District Court
### District of Massachusetts

UNITED STATES OF AMERICA

                                          CR 03-10400-JLT

   V

JIE LING CHO

### NOTICE

The above-entitled case has been set for **DISPOSITION** **on January 4, 2005 at 12:15 p.m.** in <u>Courtroom 20, 7th Floor, at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                                By the Court,

                                                /s/

                                                Zita Lovett
                                                Deputy Clerk

Date: December 2, 2004
CC:   All counsel of record
       US Probation