UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 03-10400-JLT |
| | ) | |
| | ) | |
| | ) | |
| JIE LING CHO | ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

The Defendant, Jie Ling Cho, respectfully request a continuance of her sentencing scheduled for January 4, 2004 at 12:15 pm to a mutually available date of January 14 or 21, 2004. Assistant U.S. Attorney John Mitchell assents to this request. In support of this motion counsel states as follows:

1. Counsel for the defendant was recently informed that her testimony would not be required in relation to others involved in this matter. Counsel would use the seven to fourteen days to further prepare for sentencing knowing now that the Government is not seeking a 5k1.1 departure.

2. Counsel Jeffrey Denner, has been out with the flu and expects to be returning to work on a part time basis the week of January 3, 2004.

Wherefore, a continuance is respectfully requested.

Respectfully Submitted,

/S/ Frank Fernandez
Frank Fernandez Esq.
Denner O'Malley LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800

CERTIFICATE OF SERVICE

I, Frank Fernandez, certify that I have served a true copy of the within Motion, to AUSA John Mitchell, and U.S. Probation Officer Jesse Gomes by e-mail.

<pre>                              /S/ Frank Fernandez</pre>
Frank Fernandez