80 Russell Park
Quincy, MA 02169

Honorable Judge,

My name is Pei Ci Cho, a mother of three children. We immigrated to the United States in 1986 to secure a better future for our children. It's a whole different life style here, but we manage to adapt it. We are very fortunate to have such opportunity; therefore my children are raised under very strict rules to keep them away from trouble.

Jie Ling Cho is my oldest daughter. She is a very kind, respectful, and hard working person. She knows in order to have a secure future for her family and her son Jayden Cho, she works two full time jobs. She will leave the house early in the morning and come home after midnight. Jie Ling never complains about being tired or not enough of sleep. She is trying really very hard to reach her goal and succeed.

As a mother seeing my children going through this ordeal, makes me feel so helpless. Sometime, I feel like this is partial my fault. They were brought up in a sheltered life style. Trusting and believing in people was one of our family characteristics. Until this day I could not imagine someone so closed to Jie Ling could have betrayed her in such a way.

Through this mistake, she feels very shameful and disgraceful to the family because she got betray by her baby's father. I can see her being very strong going through this difficult time. As for being her parent, I feel distress because I can't do anything to help. At the moment, the only thing that I can do is to ask that you have compassion and give Jie Ling a second chance. She really learned a costly lesson that she will never forget.

Sincerely,

*Pei Ci Cho*

Pei Ci Cho

277 Atlantic Street
North Quincy, MA 02171

February 27, 2005

The Honorable Judge:

My name is Billy Fu and I am 26 years old. I just graduated from University of Massachusetts, Boston. I am currently unemployed.

I met Jie Ling from her youngest sister, Jamie Cho and it has been 6 years since I known them. She is a hard working person because she works about eighty hours a week between her two jobs. She leaves the house around 7:30am and comes home about 1:00am. Between those two jobs, she only spends about thirty minutes gap to see her 20 months old son, Jayden Cho. Even though just thirty minutes, she thinks seeing her son on a daily basis gives her the energy and power to move on. She is making up everything for her son from the neglect and even plays the missing father's role.

It was hard for me to believe after Jie Ling informed me about her current situation because she is such a caring, honest, and a sincere person. We are saddened by the news and think this should not have happen to her because she is such a nice person. I know she has no intention to so such thing if it was not for her baby's deceitful father, Kam Chui.

After this mistake, she regrets that she is so naive and raises her alertness on everything that regards to her. I ask for your leniency not to place Jie Ling on prison term. She has paid a high price for a lesson that she will never forget for the rest of her life.

Sincerely,

*[signature]*

Billy Fu

February 28, 2005

To Whom It May Concern:

I have known Jieling Cho for over ten years and work with her for five. She is a very hard working and a responsible person. She presents a positive personality, a bright smile, and is friendly to co-workers and guests. I have always enjoyed time spent with Jieling and think very highly her.

I have been to parties at her home with other co-workers. She is a wonderful mother and maintains a very nice home for him.

Sincerely,

Greg Sheldon
PO Box 826
Norfolk, MA 02056

Andrew Krey
471B Arsenal Park
Watertown, MA 02472

To Whom It May Concern,

I have known JieLing for 8 years. She is a very dedicated and hardworking person. She is well liked and gets along well with everyone.

I knew she value's very highly her time with her son. I can see she cares for and loves her son very much.

Sincerely,

Andrew Krey

Your Honor,

I was born in China and brought up in a well-respected and hard-working traditional Chinese family. We are very close and treat each other with the respect that we were taught from our parents and grandparents. We care about each other and are very supportive in both good times and bad times. I take pride in these characteristics, as I am just a simple person who doesn't ask for much. I just want to be happy, supported and trusted by both my family and friends.

Through these 19 years since my family immigrated to the United States, my parents worked very hard to provide for our family. They worked seven days a week to put us through college. Their main intention was to provide for a more secure future for their ever-growing family and for their retirement. Through my parents struggle, it inspired me to think of my own family. I studied hard and got my Bachelor's degree in Hotel Management in 1997. I have been working two full time jobs since graduation. I am currently working for Copley Marriott Hotel and Harvard Pilgrims Healthcare. I know that sacrifices today will provide for a better future.

I am grateful that I have a family that supports me no matter what the future may bring. They are everything to me. My 20-month year old son, Jayden Cho, brings unimaginable joy and pride as I can see myself in him everyday. Even through working two jobs, I cherish to moments to hear him say "ma ma".

I cannot believe this is happening to me. I blindly trusted someone that I loved for eight years. That person took advantage of our relationship and my trust. With malicious intent, they abused my trust by using it into persuading me to open a P.O. Box account for them in order to defraud the mail system. This person was not only my son's father, Kam Chui, but almost part of my family as well.

I am truly and deeply sorry to my family, my son and everybody who was involved with this case. I will never forget this hard lesson. It will carry with me throughout my lifetime. It will be difficult to trust anyone so easily again. I have accepted the fact that I made a grave mistake that carries a criminal record. I also understand that this will carry immense consequences that I must deal with everyday. I ask for leniency as I had no intention of breaking the law, nor any malicious intend to deceive anyone.

Belynda Lai
29 Harriet Avenue
Quincy, MA 02171

February 18, 2005

To Whom It May Concern:

My name is Belynda Lai and I am writing this letter on behalf of Jie Ling Cho. I am 27 years old and currently employed at Investors Bank & Trust as a Reporting & Compliance Specialist. I have known Jie Ling Cho for 12 years. We met through her brother Tony Cho.

In regard to Jie Ling's character, she is an honest, dependable, respectable and hardworking woman. For as Long as I can remember, Jie Ling has held two jobs, one at Marriot Copley Hotel as At Your Service Supervisor and the other one at Harvard Pilgrim Healthcare as a Data Entry Associate. Jie Ling takes her responsibility to her family very seriously as her family represents who she is as a person. Especially she is a mother to Jayden Cho, her 20 months son. Although she works two jobs, Jie Ling has always finds the time to take care and nature Jayden. Jayden's first word is "ma ma" and until now he calls everyone "ma ma" although we all tried to correct him.

She was bought up in a traditional Chinese family. Her family is very giving, warm and hardworking. Jie Ling holds all of those characteristics. One of the most important characteristics of her family is trust. Unfortunately, she was deceived by someone whom she thought she could trust and someday soon might be part of her family. Jie Ling plays multiple roles within her family as a mother, daughter, an older sister and provider.

Your honor, placing Jie Ling on prison term an environment with negative influences will not be beneficial to herself or her family. This will both traumatize and harm the good nature of both Jie Ling and Jayden. She had no intent on breaking any law and will be ever mindful of this in the future. I ask that you have compassion for a friend who made a mistake. A mistake that cost her family great embarrassment and will possibly end a promising career. A true lesson has been learned on the value of family and freedom which will affect Jie Ling for the rest of her life.

Sincerely,

Belynda Lai

12 West Squantum Street

N. Quincy, MA 02171

February 24, 2005

The Honorable Judge:

My name is Connie Chu and I was born here in Boston, MA. I am employed with J.P Morgan Chase as an accountant since 2000 and am currently a supervisor in Fund accounting.

I have known Jie Ling Cho for 12 years. I met her through her brother, Tony Cho and she has become a great friend of mine. Throughout these years, I have gotten to know Jie Ling very well. We share similar values, which is to live the American dream, to establish a career and to make our parents proud of us. Our parents are immigrants from China and we are the first generation to attend college. In our culture we were taught to work hard for our goals and always strived for the best.

Jie Ling's character is an honest, hardworking, kind hearted and respectable individual. Jie Ling is the oldest child in her family where she bares many responsibilities in a typical Chinese household for our parents, whom do not understand or speak the English language. Upon graduating from Lasell College with a bachelor degree in Hotel Management, Jie Ling juggles two jobs to help support her family while still achieving a career of her own. She works as a Front Desk Supervisor for her day job at the prominent Marriott Copley Hotel and as a Data Entry Associate at night with Harvard Pilgrims Healthcare. Working nearly eighty hours a week has become a routine for Jie Ling. After the youngest sibling in the house graduated from college, Jie Ling was planning to start her own family, while "still" maintaining her hard working schedule.

When she confronted me of her current situation, it was a very hard thing to believe. I believe it was pure naivety on her part. This news has taken a toll on everyone who is a part of Jie Ling's life, especially her son, Jayden Cho, who is now two years old. Because of this mishap, his family and close friends were saddened by it. She trusted Kam Chui which in this case she should not have. Since this whole mishap, Jie Ling has reevaluated the situation and learned to be more conscious of things and not trust someone so lightly. She has learned to raise her awareness and question things when needed. It is to my understanding that no one is perfect and people do make mistakes. Jie Ling has never gotten into trouble with the law nor does she have a criminal lifestyle. I believe that prison terms are not in the best interest for Jie Ling. I ask that you do not change the direction of Jie Ling's life based on a mistake.

Sincerely,

Connie Chu

Peter Kwan
287 Liberty Street
Quincy, MA 02169

February 25, 2005

To Who It May Concern,

My name is Peter Kwan and I am living in Quincy. I have known Jie Ling for 9 years. She is a very kind, patient, well respected, dependable, friendly, and hardworking person. I am so proud of her having two jobs for 9 years, and still support her family. No matter what and how busy she is and she always finds time to spend with her son, Jayden Cho. She would not give up any free time not to see her son.

When she told me that the situation she is in now, I was shocked and could not believed that happened to her, and there is no way. She is the one that always like to be working hard and keep herself out of troubles. I knew that she has trusted the wrong person, Kam Chui. She had been be betrayed deeply this time by Kam Chui.

Sincerely,

Peter Kwan

Peter M. Hedge
182 Harvard Street
Quincy, MA 02170
617-328-4225
617-948-2718 (office)

February 28, 2005

To Whom It May Concern:

I have known Jieling Cho for over 10 years, both on a professional and a personal basis. In each of these relationships I have admired many of her qualities, but in particular her intelligence, industry, and compassionate nature.

I have worked in the customer service industry for over 20 years. At one time I was employed at Marriott Hotels Inc. as a manager and for several years I was Jieling's immediate supervisor. She was consistently one of our most outstanding associates. Often-times, the hotel industry can be a very demanding and pressure filled experience, but Jieling always seemed to be able to handle any situation with both professionalism and courtesy. Extremely dedicated and hard working, I knew I could always count on Jieling to do whatever it took to satisfy our customers. I can recall many examples of positive comments and letters from our guests regarding her outstanding hospitality. She was well respected by all of her co-workers and a pleasure to work with.

After I left Marriott Hotels, I continued to keep in touch with Jieling over the years, all the way up to the present day. My wife and I often socialize with her, family, and friends. Many of the same outstanding qualities that made her such a valuable asset as a coworker, are even more evident in her personal life. She is a terrific family person, wonderful mother to her son Jaydon, and great friend.

In conclusion, I think the best thing I can say about Jieling Cho is that both my professional and personal life have been made more rich because of my relationship with her.

Sincerely,


Peter M. Hedge