# MEMORANDUM

To: The Honorable Joseph L. Tauro
U.S. District Judge

From: Tracy J. Weisberg
U.S. Probation Officer Assistant

Re: Administrative Case

Date: July 21, 2005

---

In 1988, the Judicial Conference Committee on Criminal Law and Probation Administration established a Subcommittee and Task Force on Supervision to address problems in supervision. In June, 1991, as a result of their work, the Committee on Criminal Law and Probation approved the new Supervision Monograph 109. The Monograph's emphasis on enhanced supervision actually came about as an answer to neglected supervision due to probation resources spent on presentence reports due to the implementation of the Guidelines.

The basic philosophy behind the Monograph is that offenders need to be seen purposefully. If there is no purpose to probation officer contacts, then those contacts need not be made for their own sake. Instead, valuable probation officer time should be spent with offenders who truly need services.

With this in mind, a new category of supervision has been devised that will enable offers to relieve themselves of the duty to make regular personal contact with certain clients who meet the criteria laid out in the Monograph.

We have reviewed our caseloads and note that the following client sentenced by Your Honor meets the criteria and will be placed in an Administrative Caseload:

| **Name** | **Docket No.** |
|---|---|
| CHO, Jing | 03-10400 |

We shall continue to monitor monthly report forms, requests for travel, fines and restitution, and any new criminal activity. The offenders have been informed they continue to be responsible with all conditions set by the Court.

Reviewed & Approved by:

_____
Jonathan Hurtig
Supervising U.S. Probation Officer