# MEMORANDUM

**To:** Honorable Joseph L. Tauro, U.S. District Judge

**From:** Michelle K. Roberts, U.S. Probation Officer

**Re:** Jie Ling Cho #03-10400

<u>**Fine/Restitution Order/Payment Schedule Policy**</u>

**Date:** January 31, 2006

This memorandum serves as notification of a fine/restitution payment schedule set upon by the above Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

  Ms. Cho has agreed to pay restitution in the amount of $400 per month, which is equivalent to 10% of her gross income.

  The Probation Office notes that Ms. Cho was directed by the Probation Office in June and October 2005 to make a $25,000 lump sum payment toward her restitution, based on her positive net worth. Ms. Cho has not yet made such a payment and has retained counsel to bring the matter of restitution before the Court. Should this matter remain unresolved, the Court will be so advised by the Probation Office.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By:

_____
Jonathan E. Hartig
Supervising U.S. Probation Officer

Payment Schedule Is Approved:

_____
Honorable Joseph L. Tauro
U.S. District Court Judge