UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10400-JLT |
| ) | |
| JIE LING CHO ) | |

## DEFENDANT'S MOTION TO REDUCE THE
## AMOUNT OF RESTITUTION ORDERED

The Defendant, Jie Ling Cho (hereinafter Cho), by and through undersigned counsel, requests that the restitution amount of $149, 635.09, representing the total amount of loss caused by the scheme, be reduced to $10,000 a figure much more in line with her role and culpability in this matter.  Reasons for this request are:

1. Through her sentencing Memorandum and the Pre Sentence Report, Cho's role can be seen as minor, she received checks at her address and a post office box she opened in a false name.  These checks were then turned over to Kam Wai Chui (Chui), the organizer of this scheme.  She received a sentence of probation based on mitigating factors, one of which was her lesser involvement in the scheme as outlined in her sentencing memorandum.

2. Co-defendant Jing "Tony" Cho, 03-10401-RWZ, role in the scheme is greater than Cho's in that he used his position as assistant manager at Citizen's Bank to cash checks for the organizer, Chui, through false accounts.  Tony Cho was ordered to pay only $9,900 in restitution.  The organizer Chui was ordered to pay $149,635.

3.  Jie-Ling Cho is financially unable to pay the amount of total loss caused by the scheme.  Cho is the sole supporter, financially, for her two year old son, Jayden, she also pays her mother's rent.

For the reasons stated above, it is respectfully requested  that the amount of restitution be reduced to $10,000, which is a more accurate reflection of the defendant's role in this offense and her ability to pay.

Respectfully submitted,
By her attorney,

/S/ Frank Fernandez

Frank Fernandez
Denner Associates P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served by ECF filing to those registered users of ECF on 21st day of February, 2005, and mailed to those not registered as users of the ECF filing system.

/S/ Frank Fernandez
Frank Fernandez